IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-259-MSK-BNB

BRIAN J. HUMMEL, SR.,

Plaintiff,

v.

THE PEOPLE OF ARAPAHOE COUNTY, STATE OF COLORADO,

Defendant.
_____

**ORDER**
_____

This matter is before me on the following papers filed by the plaintiff:

1. **Plaintiff's Response to Defendants** [sic] **Answer to Amended Complaint**, filed June 8, 2005;

2. **Response to Defendants** [sic] **"Answer to Amended Complaint,"** tendered June 9, 2005; and

3. **Motion Asking Court to Accept Response**, filed June 9, 2005.

The plaintiff filed his Amended Prisoner Complaint on March 9, 2005. The defendant filed an Answer to Amended Complaint (the "Answer") on May 27, 2005. The plaintiff filed a response to the Answer on June 8, 2005. On June 9, 2005, the plaintiff tendered an amended response to the Answer and a motion asking the Court to accept the amended response.

The Federal Rules of Civil Procedure provide that there shall be a complaint and answer. Fed.R.Civ.P. 7(a). Further pleadings are prohibited "except that the court may order a reply to an answer." Id. The court has not ordered a reply to the defendant's Answer. Accordingly,

IT IS ORDERED that Plaintiff's Response to Defendants [sic] Answer to Amended Complaint, filed June 8, 2005, is STRICKEN.

IT IS FURTHER ORDERED that the Response to Defendants [sic] "Answer to Amended Complaint," tendered June 9, 2005, is NOT ACCEPTED FOR FILING.

IT IS FURTHER ORDERED that the Motion Asking Court to Accept Response, filed June 9, 2005, is DENIED.

Dated June 20, 2005.

BY THE COURT:

/s/ Boyd N. Boland