IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-00259-MSK-BNB

BRIAN J. HUMMEL, SR.,

    Plaintiff,

v.

ARAPAHOE COUNTY,

    Defendant.

## ORDER GRANTING MOTION FOR LEAVE TO FILE PLAINTIFF'S MEDICAL FILE

THIS MATTER comes before the Court on the Defendant's Motion for Leave to File Plaintiff's Medical File **(#22)**. The Court previously referred this motion to the Magistrate Judge for determination, but upon further reflection withdraws the reference. Having considered the motion, to which no response was filed, the Court

**FINDS** and **CONCLUDES** that:

In this lawsuit, the Plaintiff claims that the Defendant was deliberately indifferent to his medical needs in violation of the Eighth Amendment to the United States Constitution. The Defendant has filed a Motion for Summary Adjudication **(#20)** and supporting brief **(#23)** in which it argues, *inter alia*, that the Plaintiff cannot prove a violation of his Eighth Amendment rights.

The Defendant seeks the Court's leave to file the Plaintiff's medical records in support of its summary judgment motion. Because the Plaintiff has placed his medical condition at issue, the Court permits the Defendant to submit the Plaintiff's medical file as an exhibit in support of its motion.

**IT IS THEREFORE ORDERED** that:

(1) The Court withdraws the reference from the Magistrate Judge of the Defendant's Motion for Leave to File Plaintiff's Medical File **(#22)**.

(2) Such motion is **GRANTED**.

Dated this 24th day of June, 2005.

                                              **BY THE COURT:**

_____
Marcia S. Krieger
United States District Judge