IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00259-MSK-BNB

BRIAN J. HUMMEL, SR.,

Plaintiff,

v.

THE PEOPLE OF ARAPAHOE COUNTY, STATE OF COLORADO,

Defendant.

_____

**ORDER**
_____

The parties appeared this morning for a preliminary scheduling conference.  The

following schedule was established:

**Discovery Cut-Off:**                        **November 1, 2005**

(All discovery must be **completed** by the discovery cut-off.  All
written discovery must be served so that responses are due on or
before the discovery cut-off.)


**Dispositive Motions Deadline:**            **November 1, 2005**

**Expert Disclosures:**  There will be no expert witnesses.

**Final Pretrial Conference**:   A final pretrial conference will be scheduled by the
district judge.

Dated July 22, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge