IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-00259-MSK-BNB

BRIAN J. HUMMEL, SR.,

    Plaintiff,

v.

ARAPAHOE COUNTY,

    Defendant.

---

### ORDER SETTING DATE FOR RESPONSE TO MOTION

---

THIS MATTER comes before the Court on the Motion for Order of Court Costs and Service Fees, which the Court construes as a Motion to Dismiss (Motion) filed September 28, 2005 **(#38)** by Plaintiff Brian J. Hummel. The Motion contains no agreement between the parties, therefore, in order to provide adequate opportunity for response and for prompt determination,

**IT IS HEREBY ORDERED** that any response or objection to the Motion shall be filed with the Court **within ten (10) days of the date of this Order.**

DATED this 30th day of September, 2005.

                                    **BY THE COURT:**

                                    */s/ Marcia S. Krieger*

                                    Marcia S. Krieger
                                    United States District Judge