IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-00259-MSK-BNB

BRIAN J. HUMMEL, SR.,

    Plaintiff,

v.

ARAPAHOE COUNTY,

    Defendant.

## ORDER TO DISMISS AND TO CLOSE CASE

THIS MATTER comes before the Court on the Plaintiff's motion **(#38)** asking the Court to dismiss his claims "upon Defendant's payment of filing fees and service fees." Having considered the motion and the response thereto, the Court

**FINDS** and **CONCLUDES** that:

The Plaintiff states that he has received all of the relief he requested in this action. He therefore seeks to dismiss his claims. However, he also asks for an order requiring the Defendant to pay his costs and filing fees.

The Defendant does not oppose dismissal, but it opposes the Plaintiff's request for an award of costs and fees. It requests that any dismissal be with prejudice.

Because the Plaintiff concedes that he has obtained the relief he sought, his claims are moot and must be dismissed. However, the Plaintiff has cited no legal authority to support his request for costs and filing fees.

**IT IS THEREFORE ORDERED** that:

(1) The Plaintiff's claims are **DISMISSED**, with prejudice.

(2) Each party shall bear its own costs and attorney fees.

(3) The Clerk of Court is directed to close this case.

Dated this 1st day of November, 2005

                                           **BY THE COURT:**

                                           *Marcia S. Krieger*

                                           Marcia S. Krieger
                                           United States District Judge